**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DOUGLAS DAVIS, Reg. No. K-02993, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4276-CV-C-NKL |
| | ) | |
| WILLIAM ABBOTT, | ) | |
| Sheriff of Miller County, Missouri, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 17, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendants Miller County Jail Administrator and Administrator of the Lake Regional Health System.  The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).  No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of September 17, 2007, is adopted.  [21]  It is further

ORDERED that plaintiff's claims against defendants Miller County Jail Administrator and Administrator of the Lake Regional Health System are dismissed, pursuant to Fed. R. Civ. P. 4(m).

/s/_____

NANETTE K. LAUGHREY
United States District Judge

Dated:  November 5, 2007
Jefferson City, Missouri